[No. 5630–1. Division One. November 6, 1978.]

RICHARD WYMAN, *Appellant*, v. SEATTLE CITY COUNCIL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 764756, Erle W. Horswill, J., entered April 26, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5809–1. Division One. November 6, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE GREER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 78037, Stanley C. Soderland, J., entered June 24, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Andersen, A.C.J., and Williams, J.

[No. 5874–1. Division One. November 6, 1978.]

*In the Matter of the Estate of*
JAMES VICTOR O'CONNOR.

Appeal from a judgment of the Superior Court for King County, No. E–226604, Frank D. Howard, J., entered July 27, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by Williams and Dore, JJ.